GEORGE H. CURTIS *vs.* L. O. NIXON.

Kennebec County. Decided September 7, 1918. The plaintiff recovered a verdict of $406.33 for damages sustained in an automobile collision. The issue was legal liability on the part of the defendant. As is usual in this class of cases the testimony was sharply contradictory. The jury sustained the plaintiff's contentions, and the evidence abundantly justifies the verdict. The responsibility was placed, where it belongs, on the defendant. Motion denied. *Andrews & Nelson*, for plaintiff. *Harvey D. Eaton, and Frank O. Dean*, for defendant.

---

H. L. SMITH, Trustee in Bankruptcy, *vs.* MURRAY BROTHERS Co.

Piscataquis County. Decided September 9, 1918. This is an action on the case brought by plaintiff, as trustee in bankruptcy of the estate of one Charles W. Mitchell, adjudged a voluntary bankrupt, May 20, 1916, to recover for the benefit of the estate, the amount of an alleged preference made by bankrupt to the defendant on the fifth day of May, 1916. The trial of the case below resulted in a verdict for plaintiff and defendant files a motion for new trial upon the usual grounds.

Upon a careful examination of the evidence the court is of opinion that the evidence and the inferences properly to be drawn from it are sufficient to warrant the jury in arriving at their verdict. Certainly it is not manifest that the jury acted from improper motives. See *Batchelder* v. *Bank*, 218 Mass., 420, 423; *Donohue* v. *Dykstra*, 247 Fed., 593, 594. Motion overruled. *H. L. Smith, and John S. Williams*, for plaintiff. *Phillips B. Gardner*, for defendant.